People of State of Illinois, and James R. Rice, Sheriff of Douglas County, a Local Authority, Plaintiffs-Appellees, v. Four Slot Machines and Coins Therein, Defendants. Tri-City Country Club of Villa Grove, Illinois, a Corporation, Defendant-Intervenor-Appellant.

Gen. No. 10,165.

Third District.

September 25, 1958.

Released for publication October 14, 1958.

Harry L. Pate (Frank E. Shaw, of counsel) for appellant; H. J. McCown, for appellees. Opinion by JUDGE CARROLL. Not to be published in full.